1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

4 | STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California  94102

6 | Telephone: (415) 436-7161
Facsimile:  (415) 436-7169

7 | stephen.johnson1.@usdoj.gov

8 | Attorneys for United States of America

RECEIVED

2010 OCT -4  A 10: 53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

*E-FILED - 1/4/11*

9 |  UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,

13 |              Plaintiff,

14 |      v.

15 | JULIO CEJA,

16 |              Defendant.

Case No.:  CR 97-20139 RMW

( xxxxxxxxxxx
**ORDER REMITTING FINE**

17

18 |      Upon petition of the United States of America, and for good cause shown,

19 |      IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

20 | 3573, the unpaid portion of the fine imposed against the defendant in the amount of $500.00, accrued

21 | interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

22

23 | Dated:   1/4/11

*Ronald M. Whyte*

24 | RONALD M. WHYTE
United States District Judge

25

26

27

28